UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TIMMY A. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:17-cv-01208-RLY-MPB |
| ) | |
| COLLECTION BUREAU OF FT. ) | |
| WALTON BEACH, INC., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Consistent with the Entry issued this day, the court now enters judgment in favor of Defendant, Collection Bureau of Ft. Walton Beach, Inc., and against Plaintiff, Timmy A. Jones. The Amended Complaint is hereby dismissed.

**SO ORDERED** this 4th day of August 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.